## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CATERPILLAR FINANCIAL** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 08-0479-CG-M** |
| ) | |
| **F/V GORDON'S I, her engines, tackle,** ) | |
| **furniture, appurtenances, etc., in rem,** ) | |
| ) | |
| **Defendant.** ) | |

### DECREE CONFIRMING SALE

WHEREAS, pursuant to the Order of this Court (Doc. 25), the United States Marshal sold the F/V GORDON'S I at judicial sale on October 29, 2008, to Bobby C. Devaney, Jr., for the sum of TWO HUNDRED THOUSAND AND NO/100THS DOLLARS ($200,000.00), which was the highest bid offered at said sale, and there having been no written objections filed within five (5) business days of the date of the sale, and that Bobby C. Devaney, Jr. has performed the terms of its purchase;

IT IS HEREBY **ORDERED, ADJUDGED** and **DECREED** that the sale of the F/V GORDON'S I to Bobby C. Devaney, Jr. should be and hereby is **CONFIRMED**.

The United States Marshal is directed to issue a bill of sale free and clear from all liens and encumbrances, along with all other appropriate documentation to effect a proper legal conveyance to Bobby C. Devaney, Jr. as the new owner of the F/V GORDON'S I, her engines, machines, fittings, tackle and all other appurtenances thereto belonging.

**IT IS ORDERED** that the F/V GORDON'S I, Official Number 1118926, be and the same is hereby released from seizure, and that the court appointed substitute custodian, Jemison Marine, deliver possession of the F/V GORDON'S I to Bobby C. Devaney, Jr.

**DONE and ORDERED** this 6th day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE